No. 1060. WILLIAM SEYMOUR, PETITIONER, *v.* A. M. McDANIEL. April 8, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for

225 U. S.    Decisions on Petitions for Writs of Certiorari.

the Fifth Circuit denied.  *Mr. William E. Mason* for the petitioner.  *Mr. Hiram Glass, Mr. John J. King, Mr. W. L. Estes* and *Mr. A. L. Burford* for the respondent.